```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
RAYMOND FISHER, INDIV. AND AS     :
THE GUARDIAN OF KATHRYN FISHER    :
HIS WIFE                          :   CIVIL ACTION
                                  :
        v.                        :
                                  :   No. 02-4577
CIGNA, ET AL.                     :
```

**ORDER**

**AND NOW**, this 29th day of October, 2002, **IT IS HEREBY ORDERED** that:

1. TRIAL in the above captioned case shall commence on January 7, 2003, in Courtroom 6-A, at 10:00 a.m.

2. A Final Pretrial Conference is scheduled for December 23, 2002, at 9:30 a.m.

                                    BY THE COURT:


                                    _____
                                    John R. Padova, J.