```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND FISHER, INDIV. AND AS  :   CIVIL ACTION
GUARDIAN OF KATHRYN FISHER,    :
HIS WIFE                       :
                               :
           v.                  :
                               :
CIGNA, ET AL.                  :   NO. 02-4577
```

## O R D E R

**AND NOW**, this 25th day of November, 2002, upon consideration of the Joint Stipulation and Revised Scheduling Order, the Court declines to approve the Revised Scheduling Order. An Amended Federal Rule of Civil Procedure 16 Order is being entered contemporaneously herewith.

BY THE COURT:

_____
John R. Padova, J.