IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND FISHER, ET AL.          :
                                :    CIVIL ACTION
        v.                      :
                                :    No. 02-4577
CIGNA, ET AL.                   :

**ORDER**

    **AND NOW**, this 30th day of January, 2003, **IT IS HEREBY ORDERED** that:

1. TRIAL in the above captioned case shall commence on April 15, 2003, in Courtroom 6-A, at 10:00 a.m.

2. A Final Pretrial Conference is scheduled for March 25, 2003, at 1:30 p.m.

BY THE COURT:

_____
John R. Padova, J.